STATE v. HUNT

No. 520P83.

Case below: 64 N.C. App. 81.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. HUNTLEY

No. 361P83.

Case below: 62 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. JOHNSON

No. 399PA83.

Case below: 63 N.C. App. 173.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 6 December 1983.

STATE v. OLDS

No. 538P83.

Case below: 64 N.C. App. 621.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. TAYLOR

No. 541P83.

Case below: 64 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.